**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| MARYVILLE BAPTIST CHURCH, INC., and DR. JACK ROBERTS, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 3:20-cv-00278-DJH |
| v. | ) ) ) | |
| ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky, | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs, MARYVILLE BAPTIST CHURCH, INC., and DR. JACK ROBERTS, pursuant to 28 U.S.C. § 1292(a)(1),[1] hereby appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's Order (ECF 9) entered April 18, 2020, denying Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF 3) filed April 17, 2020.

---

[1] "A district court's denial of a motion for a temporary restraining order generally is not appealable. Such a ruling is appealable, however, if it is tantamount to a ruling on a preliminary injunction." *Overstreet v. Lexington-Fayette Urban County Gov't*, 305 F.3d 566, 572 (6th Cir. 2002) (cleaned up); *see also FCA US LLC v. Bullock*, 737 Fed. App'x 725, 727 (6th Cir. 2018) ("We have jurisdiction when the grant or denial of a TRO threatens to inflict irretrievable harms." (cleaned up)).

Respectfully submitted,

s/ Roger K. Gannam
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@LC.org
hmihet@LC.org
rgannam@LC.org
dschmid@LC.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF system which will effect service upon all counsel or parties of record.

DATED this April 24, 2020.

s/ Roger K. Gannam
Roger K. Gannam
*Attorney for Plaintiffs*