## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE

| | |
|---|---|
| MARYVILLE BAPTIST CHURCH, INC., *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) ANDY BESHEAR, in his official capacity as the Governor of the Commonwealth of Kentucky, ) ) ) ) ) Defendant. ) | Civil Action No. 3:20-cv-00278-DJH *Electronically Filed* |

### AGREED ORDER OF EXTENSION AS TO DEFENDANT'S TIME TO FILE A REPLY IN SUPPORT OF THE AMENDED MOTION TO DISMISS

Plaintiffs, Maryville Baptist Church, Inc. and Dr. Jack Roberts, and Defendant, Governor Andy Beshear, pursuant to Local Rule 7.1(b), hereby submit this Agreed Order extending the Governor's deadline to file a Reply in support of his Amended Motion to Dismiss (Doc. 38) to July 13, 2020:

IT IS HEREBY ORDERED that Defendant may file the Reply in support of the Amended Motion to Dismiss on or before July 13, 2020.

SEEN AND AGREED TO BY:

Respectfully submitted,

/s/ Taylor Payne
La Tasha Buckner
General Counsel
S. Travis Mayo
Chief Deputy General Counsel
Taylor Payne
Deputy General Counsel
Laura Tipton
Deputy General Counsel
Marc Farris
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
LaTasha.Buckner@ky.gov
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
marc.farris@ky.gov

*Counsel for Governor Andy Beshear*

/s/ Horatio G. Mihet (w/ permission)
Mathew D. Staver
Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
court@LC.org
hmihet@LC.org
rgannam@LC.org
dschmid@LC.org

*Attorneys for Plaintiffs*