UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARYVILLE BAPTIST CHURCH, INC.
and DR. JACK ROBERTS,  Plaintiffs,

v.  Civil Action No. 3:20-cv-278-DJH-RSE

ANDY BESHEAR, in his official capacity as
Governor of the Commonwealth of Kentucky,  Defendant.

\* \* \* \* \*

## ORDER

In light of the pending appeal in this matter and the filing of an amended motion to dismiss (Docket No. 38), it is hereby

**ORDERED** as follows:

(1)　The initial motion to dismiss (D.N. 33) is **DENIED** as moot.

(2)　This matter is **STAYED** pending resolution of the appeal currently before the Sixth Circuit.

1