UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARYVILLE BAPTIST CHURCH, INC.
and DR. JACK ROBERTS,                                                                                Plaintiffs,

v.                                                                        Civil Action No. 3:20-cv-278-DJH-RSE

ANDY BESHEAR, in his official capacity as
Governor of the Commonwealth of Kentucky,                                                             Defendant.

\* \* \* \* \*

### ORDER

In light of the Sixth Circuit's decision issued October 19, 2020 (Docket No. 57-1), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)   Within **fourteen (14) days** of entry of this Order, the parties shall file briefs addressing the issue of mootness. Responses shall be filed within **ten (10) days** thereafter. Briefs shall not exceed **fifteen (15) pages** in length.

(2)   All pending motions (D.N. 38; D.N. 46) are **DENIED** without prejudice.

January 14, 2021

David J. Hale, Judge
United States District Court