# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| MARYVILLE BAPTIST CHURCH, INC., and DR. JACK ROBERTS, | ) ) ) |
| Plaintiffs, | ) )    CASE NO. 3:20-cv-00278-DJH-RSE |
| v. | ) ) ) |
| ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky, | ) ) ) |
| Defendant. | ) |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs, MARYVILLE BAPTIST CHURCH, INC., and DR. JACK ROBERTS, pursuant to 28 U.S.C. § 1291, appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's Order (ECF 92) entered September 30, 2022, denying Plaintiffs' Motion for Attorney's Fees and Nontaxable Expenses (ECF 74) and Bill of Costs (ECF 75).

Respectfully submitted,

                                                  s/ Roger K. Gannam
                                                Mathew D. Staver
                                                Horatio G. Mihet
                                                Roger K. Gannam
                                                Daniel J. Schmid
                                                LIBERTY COUNSEL
                                                P.O. Box 540774
                                                Orlando, FL 32854
                                                (407) 875-1776
                                                court@LC.org
                                                hmihet@LC.org
                                                rgannam@LC.org
                                                dschmid@LC.org

                                                *Attorneys for Plaintiffs*