**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 05, 2023

Mr. Mitchel T. Denham
Ms. Julia Ellen Stephens
Dressman Benzinger LaVelle
321 W. Main Street, Suite 2100
Louisville, KY 40202

Mr. Roger K. Gannam
Mr. Horatio Gabriel Mihet
Mr. Mathew D. Staver
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854

Mr. Steven Travis Mayo
Mr. Taylor Payne
Ms. Laura Crittenden Tipton
Office of the Governor of Kentucky
700 Capital Avenue, Suite 118
Frankfort, KY 40601-0000

      Re:  Case No. 22-5952, *Maryville Baptist Church, et al v. Beshear*
            Originating Case No. : 3:20-cv-00278

Dear Counsel,

  The Court issued the enclosed per curiam opinion today in this case.

  Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                 Sincerely yours,

                                 s/Laurie A Weitendorf
                                 Opinions Deputy

cc: Mr. James J. Vilt Jr.

Enclosures

Mandate to issue

NOT RECOMMENDED FOR PUBLICATION
File Name: 23a0255n.06

Case No. 22-5952

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

FILED
Jun 05, 2023
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| MARYVILLE BAPTIST CHURCH; DOCTOR JACK ROBERTS,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky,<br><br>    Defendant-Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY<br><br>OPINION |

Before: SUTTON, Chief Judge; McKEAGUE and NALBANDIAN, Circuit Judges.

PER CURIAM. Maryville Baptist Church received a preliminary injunction against Kentucky Governor Andy Beshear's COVID-19 restrictions on religious gatherings. As time passed and the pandemic waned, the case became moot. The Church nevertheless claimed the status of "prevailing party" and sought attorney's fees. 42 U.S.C. § 1988(b). The district court denied the motion, and the Church appeals.

During the pendency of the appeal we decided another prevailing-party case, *Roberts v. Neace*, 65 F.4th 280 (6th Cir. 2023). *Roberts* addressed Beshear's COVID-19 restrictions, preliminary injunctions, mootness, and attendance at Maryville Baptist Church—all features of this case. We vacate and remand for the district court to apply *Roberts* in the first instance.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-5952

MARYVILLE BAPTIST CHURCH; DOCTOR JACK ROBERTS,

    Plaintiffs - Appellants,

v.

ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky,

    Defendant - Appellee.

> **FILED**
> Jun 05, 2023
> DEBORAH S. HUNT, Clerk

Before: SUTTON, Chief Judge; McKEAGUE and NALBANDIAN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Kentucky at Louisville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is VACATED and REMANDED for the district court to apply *Roberts v. Neace*, 65 F.4th 280 (6th Cir. 2023) in the first instance.

**ENTERED BY ORDER OF THE COURT**

_____
Deborah S. Hunt, Clerk