# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 27, 2023

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re:  Case No. 22-5952, *Maryville Baptist Church, et al v. Andy Beshear*
Originating Case No. : 3:20-cv-00278

Dear Mr. Vilt,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Paris LaRon Robinson
for Robin Baker, Case Manager

cc:  Mr. Mitchel T. Denham
Mr. Roger K. Gannam
Mr. Steven Travis Mayo
Mr. Horatio Gabriel Mihet
Mr. Taylor Payne
Mr. Mathew D. Staver
Ms. Julia Ellen Stephens
Ms. Laura Crittenden Tipton

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 22-5952

_____

Filed: June 27, 2023

MARYVILLE BAPTIST CHURCH; DOCTOR JACK ROBERTS

      Plaintiffs - Appellants

v.

ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky

      Defendant - Appellee

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 06/05/2023 the mandate for this case hereby issues today.

COSTS:  None